1    **DUANE MORRIS LLP**
     GARTH HIRE (SBN 187330)
2    GHire@duanemorris.com
     DANIEL D. WALL (SBN 311391)
3    DWall@duanemorris.com
     Spear Street Tower
4    One Market Plaza, Suite 2200
     San Francisco, California 94105-1127
5    Telephone:    +1 415 957 3000
     Facsimile:    +1 415 957 3001
6
     Attorneys for Defendants
7    XIN MIAN PAN (aka HENRY PAN)
     UNI-TILE & MARBLE, INC.
8    UNI-STONE & CABINET, INC.

9                    UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12   UNITED STATES OF AMERICA,              | Case No. CR 25-000428 CRB
13                Plaintiff,                | STIPULATION AND ORDER
                                            | EXTENDING TIME TO POST
14        v.                                | PROPERTY BOND
15   XIN MIAN PAN (aka HENRY PAN), et al.,
16                Defendants.
17

18

19        Plaintiff United States of America, by and through its respective counsel of record, the

20   United States Attorney for the Northern District of California and Assistant United States

21   Attorneys Christiaan Highsmith, Aseem Padukone, and Kelsey Davidson, and defendant Xin

22   Mian (PAN or defendant), by and through his counsel of record Garth Hire and Daniel Wall,

23   hereby stipulate as follows:

24        1.    On December 17, 2025, a federal grand jury in the Northern District of California

25   indicted defendant for a variety of criminal offenses.

26        2.    Defendant made his initial appearance on December 18, 2025, and on December

27   19, 2025, was ordered released on conditions, including the posting of a $2 million bond secured

28

DUANE MORRIS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  by real property. The court ordered that the property be posted within 30 days. Thus, the date by

2  which the property should be posted is January 18, 2026 (which falls on a Sunday).

3      3.    Defendant requires two additional weeks to complete the posting of bond, which

4  will be secured by two real properties with sufficient equity to cover the amount of the bond.

5  Defendant requires additional time to post the property because the first two weeks of the 30-day

6  period were the holiday weeks of Christmas and New Year's, and because Defendant requires a

7  Cantonese language interpreter in order to complete the bond posting process and Defendant is

8  not able to meet with the interpreter with counsel until Thursday, January 22, 2026.

9      4.    The parties agree that a two-week extension of time for Defendant to post the bond

10  is reasonable and appropriate under the circumstances and request that the Court modify the date

11  by which the property bond must be posted.

12      IT IS SO STIPULATED.

13  Dated: January 14, 2026               CRAIG H. MISSAKIAN
                                 United States Attorney

14

15                                   /S/ CHRISTIAAN HIGHSMITH

16                                   CHRISTIAAN HIGHSMITH

17                                   ASEEM PADUKONE
                                 KELSEY DAVIDSON

18                                   Assistant United States Attorneys

19

20  Dated:  January 14, 2026             DUANE MORRIS LLP

21                                   /s/ GARTH HIRE
                                 GARTH HIRE

22                                   DANIEL D. WALL
                                 Attorneys for Defendants

23                                   XIN MIAN PAN (aka HENRY PAN)
                                 UNI-TILE & MARBLE, INC.

24                                   UNI-STONE & CABINET, INC.

25

26

27

28

1

**ORDER**

2       The Court has read and considered the Stipulation to Extend Time to Post Property Bond

3   filed by the parties in this matter.

4       FOR GOOD CAUSE SHOWN, the date by which defendant Xin Mian Pan must post the

5   property bond set forth in the release order in this case is hereby extended to Friday, January 30,

6   2026.

7       IT IS SO ORDERED.

8

9   DATED: _January 14, 2026

10                                         HONORABLE THOMAS S. HIXSON
                                           United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28