**DUANE MORRIS LLP**
GARTH HIRE (SBN 187330)
GHire@duanemorris.com
DANIEL D. WALL (SBN 311391)
DWall@duanemorris.com
Spear Street Tower
One Market Plaza, Suite 2200
San Francisco, California 94105-1127
Telephone:    +1 415 957 3000
Facsimile:    +1 415 957 3001

Attorneys for Defendants
XIN MIAN PAN (aka HENRY PAN)
UNI-TILE & MARBLE, INC.
UNI-STONE & CABINET, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> XIN MIAN PAN (aka HENRY PAN), et al., <br><br> Defendants. | Case No. CR 25-000428 CRB <br><br> **SECOND STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO POST PROPERTY BOND** |

Plaintiff United States of America, by and through its respective counsel of record, the United States Attorney for the Northern District of California and Assistant United States Attorneys Christiaan Highsmith, Aseem Padukone, and Kelsey Davidson, and defendant Xin Mian Pan (PAN or defendant), by and through his counsel of record Garth Hire and Daniel Wall, hereby stipulate as follows:

1.    On December 17, 2025, a federal grand jury in the Northern District of California indicted defendant for a variety of criminal offenses.

2.    Defendant made his initial appearance on December 18, 2025, and on December 19, 2025, was ordered released on conditions, including the posting of a $2 million bond secured by real property. The court ordered that the property be posted within 30 days.

3.    The parties previously agreed to extend the time by which the bond must be posted by two weeks to January 30, 2026, and this Court signed an order extending that deadline to January 30, 2026.

4.    Defendant requires one additional week to complete the posting of the bond, which will be secured by two real properties with sufficient equity to cover the amount of the bond. There has been a delay in that one of the defendant's daughters is a part-owner of one of the properties and she lives out of state. This has caused delay in obtaining the required notarized short form deed of trust. In addition, there have been some issues with the San Francisco Recorder's Office regarding formatting which may require several more days to address.

5.    The parties agree that a one-week extension of time for Defendant to post the bond is reasonable and appropriate under the circumstances and request that the Court modify the date by which the property bond must be posted.

IT IS SO STIPULATED.

Dated: January 30, 2026                    CRAIG H. MISSAKIAN
                                           United States Attorney


                                           _____/s/_____
                                           CHRISTIAAN HIGHSMITH
                                           ASEEM PADUKONE
                                           KELSEY DAVIDSON
                                           Assistant United States Attorneys


Dated:   January 30, 2026                  DUANE MORRIS LLP


                                           _____/s/_____
                                           GARTH HIRE
                                           DANIEL D. WALL
                                           Attorneys for Defendants
                                           XIN MIAN PAN (aka HENRY PAN)
                                           UNI-TILE & MARBLE, INC.
                                           UNI-STONE & CABINET, INC.

**[PROPOSED] ORDER**

The Court has read and considered the Second Stipulation to Extend Time to Post Property Bond filed by the parties in this matter.

FOR GOOD CAUSE SHOWN, the date by which defendant Xin Mian Pan must post the property bond set forth in the release order in this case is hereby extended to Friday, February 6, 2026.

IT IS SO ORDERED.

DATED: January 30, 2026

_____
HONORABLE THOMAS S. HIXSON
United States Magistrate Judge

DUANE MORRIS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO POST PROPERTY BOND
Case No. 3:25-cr-00428-CRB
