GARTH HIRE (CABN 187330)
DANIEL D. WALL (CABN 311391)
DUANE MORRIS LLP
Spear Street Tower
One Market Plaza, Suite 2200
San Francisco, California 94105-1127
Telephone:    +1 415 957 3000
Facsimile:    +1 415 957 3001
GHire@duanemorris.com
DWall@duanemorris.com

Attorneys for Defendants
XIN MIAN PAN (aka HENRY PAN)
UNI-TILE & MARBLE, INC.
UNI-STONE & CABINET, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>XIN MIAN PAN (aka HENRY PAN), et al.,<br><br>Defendants. | No. CR 25-000428 CRB<br><br>UNOPPOSED MOTION AND ORDER MODIFYING PRETRIAL RELEASE CONDITIONS |

Defendant Xin Mian "Henry" Pan (PAN or defendant), by and through his counsel of record Garth Hire and Daniel Wall, hereby make this motion, which is unopposed by Plaintiff United States of America, by and through its respective counsel of record, the United States Attorney for the Northern District of California and Assistant United States Attorneys Christiaan Highsmith, Aseem Padukone, and Kelsey Davidson.

1.    On December 19, 2025, this Court released defendant Xin Mian "Henry" Pan on conditions pending trial in this matter. Pan's conditions of release prohibit him from using any electronic device other than a non-Apple phone that can be monitored by the government. Defendant now moves to be able to use a non-Apple desktop computer as set forth below.

2.    Defendant has obtained and used a non-Apple mobile phone since his release in

December 2025. Due to his various businesses, as well as his rental and personal properties, defendant requires an actual computer in order to conduct his personal and business affairs (including the calculation and payment of individual and corporate state and federal taxes). Defendant proposes to use a non-Apple desktop computer, specifically, a Dell 27 All-in-One desktop computer. Defendant will submit this device to search by the government at any time as a condition of his pretrial release.

3.     The parties have met and conferred regarding defendant's request to use the additional electronic device described above subject to monitoring by the government. The government does not oppose the defendant's motion to modify his release conditions.

4.     The defendant thus moves, with no objection from the government, that this Court order defendant's pretrial release conditions be modified to allow him to use a non-Apple desktop computer, namely, a Dell 27 All-in-One desktop computer, which may searched or examined by the government at any time.

Dated:  May 13, 2026                              DUANE MORRIS LLP

_/s/ Garth Hire_
GARTH HIRE
DANIEL D. WALL
Attorneys for Defendants
XIN MIAN PAN (aka HENRY PAN)
UNI-TILE & MARBLE, INC.
UNI-STONE & CABINET, INC.

DUANE MORRIS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**ORDER**

The Court has read and considered defendant Xin Mian "Henry" Pan's Unopposed Motion to Modify Pretrial Release Conditions in this matter.

FOR GOOD CAUSE SHOWN, the pretrial release conditions for defendant Xin Mian "Henry" Pan are modified as follows:

(1) Defendant may use a non-Apple desktop computer, namely, a Dell 27 All-in-One desktop computer, which may searched or examined by the government at any time.

All other conditions of pretrial release shall remain in effect.

IT IS SO ORDERED.

DATED: _May 13, 2026

HONORABLE THOMAS S. HIXSON
United States Magistrate Judge

DUANE MORRIS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3
UNOPPOSED MOTION AND ORDER MODIFYING PRETRIAL RELEASE CONDITIONS
CR 25-000428 CRB